# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:14 CV 267

| | |
|---|---|
| REBECCA SELLERS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| V ) | **ORDER** |
| ) | |
| UNITED PARCEL SERVICE, UPS ) | |
| HUMAN RESOURCE SERVICE CENTER,) | |
| JULIE TILLIS, AND JENNIFER RAYE, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Susan Ballantine Molony's Application for Admission to Practice *Pro Hac Vice* of Glenn G. Patton. It appearing that Glenn G. Patton is a member in good standing with the Georgia State Bar and will be appearing with Susan Ballantine Molony, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Susan Ballantine Molony's Application for Admission to Practice *Pro Hac Vice* (#7) of Glenn G. Patton is

**GRANTED**, and that Glenn G. Patton is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Susan Ballantine Molony.

Signed: December 8, 2014

Dennis L. Howell
United States Magistrate Judge